

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00125-CV

| | | |
|---|---|---|
| IONE STAVRON & SERAFIM STEVEN STAVRON, Appellants | § | On Appeal from the Probate Court No. 1 |
| v. | § | of Tarrant County (2013-PR00606-1-F) |
| | § | December 12, 2019 |
| SURETEC INSURANCE COMPANY, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Ione Stavron and Serafim Steven Stavron shall equally split the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
         Justice Wade Birdwell